**Abraham Hernandez CARBAJAL, aka Abraham Carbajal, aka Abraham Carbajal–Hernandez, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 14–72180.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2016.*

Filed April 19, 2016.

Christian De Olivas, Deolivas Law Firm, Riverside, CA, for Petitioner.

Richard Zanfardino, Trial, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, TALLMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Abraham Hernandez Carbajal, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Wakkary v. Holder,* 558 F.3d 1049, 1056 (9th Cir.2009). We deny the petition for review.

Substantial evidence supports the agency's denial of Hernandez Carbajal's CAT claim because he failed to establish it is more likely than not he would be tortured by or with the consent or acquiescence of the government if returned to Mexico. *See Silaya v. Mukasey,* 524 F.3d 1066, 1073 (9th Cir.2008). We reject Hernandez Carbajal's contention that the agency failed to consider all his evidence or improperly analyzed his case.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

